# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**MELCOMB W. HANKINS**                                                                          **PLAINTIFF**
**ADC # 117693**

**V.**                                               **NO. 3:20-CV-00398-BRW**

**TONYA R. ALLEN**                                                                               **DEFENDANT**

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 10th day of December, 2020.

 

                                                  Billy Roy Wilson_____
                                                  UNITED STATES DISTRICT JUDGE